No. 97–1130. PFAFF *v.* WELLS ELECTRONICS, INC. C. A. Fed. Cir. [Certiorari granted, 523 U. S. 1003.] Motion of Federal Circuit Bar Association for leave to file a brief as *amicus curiae* granted.

No. 97–1184. NATIONAL FEDERATION OF FEDERAL EMPLOYEES, LOCAL 1309 *v.* DEPARTMENT OF THE INTERIOR ET AL.; and

No. 97–1243. FEDERAL LABOR RELATIONS AUTHORITY *v.* DEPARTMENT OF THE INTERIOR ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 903.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 97–1396. LOPEZ ET AL. *v.* MONTEREY COUNTY ET AL. D. C. N. D. Cal. [Probable jurisdiction noted, 523 U. S. 1093.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1426. CRAWFORD & CO. *v.* SONNIER, 523 U. S. 1107. Motion of respondent for attorney's fees and costs denied without prejudice to refiling in the United States Court of Appeals for the Sixth Circuit.

No. 97–1481. LIBERTY NATIONAL LIFE INSURANCE CO. *v.* DAY, 523 U. S. 1119. Motion of respondent for attorney's fees and costs denied.

No. 97–1952. IN RE HAYDEN. Petition for writ of habeas corpus denied.

No. 97–8490. IN RE RUDD;
No. 97–8802. IN RE SNYDER ET AL.;
No. 97–8861. IN RE BAEZ;
No. 97–8928. IN RE AYARS; and
No. 97–9237. IN RE IJEMBA. Petitions for writs of mandamus denied.

No. 97–1789. IN RE EIDSON; and
No. 97–8864. IN RE BETKA. Petitions for writs of prohibition denied.